930

No. 234. GINSBURG *v.* STERN ET AL. (Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied, 375 U. S. 823, rehearing denied, 375 U. S. 936.) The motion for docketing and submission of petitioner's motion to remand for consideration on the merits is denied. *Paul Ginsburg* on the motion.

No. 714, Misc. TRINTA ET AL. *v.* SUPERIOR COURT OF PUERTO RICO ET AL. On petition for writ of certiorari to the Supreme Court of Puerto Rico. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1009, Misc. PENRICE *v.* CALIFORNIA; and
No. 1010, Misc. STRATTON *v.* MAXWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 733. COSTELLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George Olshausen* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 740. THORNBERRY *v.* BUCHANAN COUNTY COAL CORP. C. A. 6th Cir. Certiorari denied. *Dan Jack Combs* for petitioner. *Joe Hobson* for respondent.

No. 748. PINKSTON *v.* CARTER ET UX. C. A. 4th Cir. Certiorari denied. *Jack Pinkston,* petitioner, *pro se.*